# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**CHRISTOPHER M. MILES,**

   *Plaintiff*,

v.                                                **Case No.: 4:24cv26-MW/MAF**

**TALLAHASSEE POLICE DEP'T.,**
**et al.,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 7, and has also reviewed *de novo* Plaintiff's objections, ECF Nos. 8 and 10.[1] The Magistrate Judge recommends that Plaintiff's amended complaint under 42 U.S.C. § 1983 be dismissed under Federal Rule of Civil Procedure 41(b) because Plaintiff failed to comply with orders from this Court. *See id*. Plaintiff raises several objections, but they do not help his case. At no point does Plaintiff explain why he failed to (1) file a second amended complaint as directed;

---

[1] Plaintiff styles these filings as a letter to the Clerk of Court and the Magistrate Judge, ECF No. 8, and a motion to suppress the Report and Recommendation, ECF No. 10. Out of an abundance of caution, this Court construes these filings as objections to the Magistrate Judge's Report and Recommendation.

or (2) pay the filing fee or move for leave to proceed in forma pauperis. This failure to comply with a court order merits dismissal without prejudice. Accordingly,

**IT IS ORDERED:**

1. The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion.

2. Plaintiff's amended complaint under 42 U.S.C. § 1983, ECF No. 3, is **DISMISSED without prejudice**.

3. The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 3, is **DISMISSED without prejudice** under Federal Rule of Civil Procedure 41(b) for failure to prosecute."

4. To the extent Plaintiff's "motions," ECF Nos. 8 and 10, are properly construed as motions, they are **DENIED**.

5. The Clerk shall close the file.

**SO ORDERED on April 15, 2024.**

                s/Mark E. Walker
                **Chief United States District Judge**